No. 614. MANN ET AL. *v.* CORNISH. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Marcus Borchardt* for petitioners.

No. 650. MARAGON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Motion to withdraw the appearance of Irvin Goldstein, as counsel for the petitioner, granted. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward J. Hayes* and *William A. Kehoe, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 179, Misc. CHAPMAN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 424, Misc. HINTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 427, Misc. PETERSON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Margaret A. Brand* for petitioner. *Price Daniel,* Attorney General of Texas, *Charles D. Mathews,* First Assistant Attorney General, and *E. Jacobson* and *Mary K. Wall,* Assistant Attorneys General, for respondent.

No. 438, Misc. FOUQUETTE *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *Toy R. Gregory* for petitioner. *W. T. Mathews,* Attorney General of Nevada, and *Geo. P. Annand, Robert L. McDonald* and *Thomas A. Foley,* Deputy Attorneys General, and *Alan Bible* for respondent.